### The Law Offices Of
## HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

### *PLEASE  NOTE:*

This Statement is A RE-CAP OF PREVIOUS BILLS. but you are being billed for only NEW TIME and expenses incurred in June and July 2001. Once again, much of Michael Fergestrom's time is still not included and WILL BE UPDATED ON NEXT MONTHS BILL.

YOU ARE NOT BEING RE- BILLED FOR OLD TIME ENTRIES

September 14, 2001

Invoice # 750

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/14/01 | RPK | Stephen Karam regarding social security; legal research regarding request for waiver. | 0.40 | 28.00 |
| 3/16/01 | RPK | (Sagemark) Telephone conference with Craig Thompson @ Sullivin Ward regarding BDO Seidman, regarding damages issue. | 0.30 | 21.00 |
| 4/30/01 | RPK | Sagemark:  telephone conference with Craig Thompson , Lorraine Bosch  and Sullivan Ward. | 0.20 | 14.00 |
| 5/1/01 | RPK | Multiple telephone conference with to CraigThompson; telephone conference with Michael Thompson, potential expert; internet search regarding address information needed for witness list; drafting and preparation of witness list. | 1.80 | 126.00 |
| 5/2/01 | RPK | Regarding Sagemark: Telephone conference with potential expert witness James Schmidt; drafting and preparation of correspondence. | 0.30 | 21.00 |
| | RPK | Regarding Sagemark: Receipt and review of Defendant's witness list. | 0.20 | 14.00 |
| 5/3/01 | RPK | Sagemark: telephone conference with James Schmidt of BDO; Seidman, L.L.D. regarding conflict check etc. | 0.20 | 14.00 |
| 5/4/01 | RPK | Telephone conference with John McCoullogh : potential expert retainer. | 0.20 | 14.00 |
| | RPK | Drafting and preparation of correspondence to John McCoullogh and Michael Mayeth. | 0.30 | 21.00 |



ALL-STATE LEGAL®  EXHIBIT  A

Mrs. Carole Karam

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| (A) | 5/24/01 RPK | Sagemark: Conference with Michael J. Fergestrom regarding response to motion to compel discovery; discussion regarding interrogatories and document requests. | | 1.00 | 70.00 |
| (A) | 5/30/01 RPK | Sagemark: File response to motion to compel with U.S. District Court. | | 1.20 | 84.00 |
| | 5/22/01 MB | | | | NO CHARGE |
| | 5/1/01 JJH | Review and analysis of file regarding witness list. Multiple telephone conferences with potential witnesses. Review and revision of witness list. | | 1.50 | 202.50 |
| (A) | 5/30/01 JJH | Preparation for and appearance at telephonic Motion Hearing. | | 1.50 | 202.50 |
| (B) | 7/6/01 LA | Copy Proof of service . | | 0.20 | 15.00 |
| (B) | 7/12/01 LA | Obtain files. | | 0.50 | 37.50 |
| | 6/20/01 JJH | Preparation for and attendance at conference with Randall P. Karam and experts. | | 2.08 | 281.25 |
| | 7/2/01 JJH | Conference with Randall P. Karam regarding Experts. Multiple telephone conferences with potential expert witnesses. Drafting and preparation of correspondence to expert witness. | | 1.10 | 148.50 |
| | 7/6/01 JJH | Multiple telephone conferences with potential expert witnesses. Drafting and preparation of correspondence to expert witness. | | 0.70 | 94.50 |
| (A) | 7/5/01 JJH | Receipt and review of Magistrate's Order. Conference with Randall P. Karam regarding same. Drafting and preparation of Objections regarding same. | | 1.20 | 162.00 |
| (A) | 7/25/01 JJH | Preparation for and attendance at hearing regarding objections to discovery order. | | 3.20 | 432.00 |
| | | For professional services rendered | | 18.08 | $2,002.75 |

Additional Charges :

| | | Amount |
|---|---|---|
| 7/23/01 | Copying cost of bate stamped documents . | 82.63 |
| 8/17/01 | FedEx | 24.58 |
| 7/12/01 | Fees paid to Process Server. | 35.00 |
| 7/25/01 | Parking | 15.00 |

Mrs. Carole Karam

| | Amount |
|---|---|
| Total costs | $157.21 |
| Total amount of this bill | $2,159.96 |
| Previous balance | ($3,019.50) |
| Credit balance | (S859.54) |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Jamal John Hamood | 11.28 | 135.00 |
| RANDALL P. KARAM | 6.10 | 70.00 |
| LEGAL ASSISTANT | 0.70 | 75.00 |

THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

### PLEASE NOTE:

This Statement includes time and expenses incurred in August 2001 and reflects payments received by October 23, 2001. Once again, much of Michael Fergestrom's time is still not included and WILL BE UPDATED ON NEXT MONTHS BILL.

THANK YOU FOR YOUR PROMPT ATTENTION

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

October 23, 2001

Invoice # 821

Professional Services

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 7/2/01 | RPK | Sagemark: Reviw Magistrates Discovery order; drafting and preparation of letter to Craig Thompson regarding production of documents relating to NBD file. | | 0.80 | 104.00 |
| | RPK | Sagemark: Drafting and preparation of correspondence regarding conflict check to potential expert witness David Malkin. | | 0.20 | 26.00 |
| 7/5/01 | RPK | Sagemark: Discovery issues; review issues. | | 1.30 | 169.00 |
| 7/6/01 | RPK | Draft order objecting to discorery order. | | 1.00 | 130.00 |
| 7/9/01 | RPK | Telephone conference with potential expert witness David Malkin; receipt and review of curriculum vitae. | | 0.50 | 65.00 |
| | RPK | Draft letter requesting documents to Tom MacFarlane and Richard Casinelli. | | 0.30 | 39.00 |
| 7/12/01 | RPK | Randy: Drafting and preparation of comprehensive correspondence to expert witness David Malkin; review and compile documents to enclose. | | 0.80 | 104.00 |
| 7/20/01 | RPK | Preparation of discovery materials requested by Defendants. | | 1.80 | 234.00 |
| 7/24/01 | RPK | Randy: Preparation of of discovery materials. | | 4.20 | 546.00 |

| | | |
|---|---|---|
| For professional services rendered | 10.90 | $1,417.00 |
| Previous balance | | (S859.54) |
| Balance due | | $557.46 |

Mrs. Carole Karam

| Timekeeper Summary | | |
| --- | --- | --- |

| Name | Hours | Rate |
| --- | --- | --- |
| Randall P. Karam | 10.90 | 130.00 |

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

January 03, 2002

Invoice # 873

## *PLEASE NOTE:*

This Statement includes time and expenses incurred in September thru November 2001and reflects payments received prior to December 31. 2001.

THANK YOU FOR YOUR PROMPT ATTENTION

Professional Services

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 9/17/01 | BF | Estate of Karam: review and analysis of file or privileged material. | 0.50 | 35.00 |
| 10/11/01 | BF | Review and analysis of file discovery. | 1.30 | 130.00 |
| | BF | Sagemark: Conference Michael J. Fergestrom regarding witness list and discovery. | 0.05 | 5.00 |
| | BF | Sagemark: Witness list; review and analysis of answer & affirmative defenses ; review and analysis of discovery materials. | 0.90 | 90.00 |
| 10/12/01 | BF | Sagemark: Review and analysis of witness list & request for production of documents . | 0.30 | 30.00 |
| 10/19/01 | BF | Sagemark: Telephone conference with expert David Malkin, Memorandum to file. | 0.30 | 30.00 |
| | BF | Sagemark: Review and analysis of discovery materials from McFarlane. | 0.30 | 30.00 |
| | BF | Sagemark: Phone call to Phil Order'Brien. | 0.10 | 10.00 |
| 10/22/01 | BF | Sagemark: response Federal Court Rules, letter to D. Malkin; Phone call to P. Obrien Attorney in Kliber case. | 0.90 | 90.00 |
| 10/23/01 | BF | Sagemark: Letter to P. OBrien. | 0.50 | 50.00 |
| | BF | Sagemark: Review and analysis of file ; letter to Carole Karam. | 0.50 | 50.00 |

Mrs. Carole Karam

| | | | Hours | Amount |
|---|---|---|---|---|
| (A) | 10/23/01 BF | Sagemark: Telephone conference with Craig Thompson regarding Kliber & Contract : Lynch documents . | 0.20 | 20.00 |
| (A) | 10/26/01 BF | Sagemark: Phone call with Bishoff. | 0.10 | 10.00 |
| | 10/29/01 BF | Sagemark: Telephone conference with Bishoff. . | 0.10 | 10.00 |
| (A) | BF | Sagemark: Receipt and review of Carole Karam's financial information, and requested more documents . | 0.20 | 20.00 |
| (A) | BF | Sagemark: Review discovery, conference with Michael J. Fergestrom . | 0.50 | 50.00 |
| (A) | 10/30/01 BF | Sagemark: Telephone conference with Craig Thompson's assistant regarding production. | 0.20 | 20.00 |
| (A) | BF | Sagemark: Telephone conference with Craig Thompson's assistant regarding production. | 0.20 | 20.00 |
| (A) | 10/31/01 BF | Supplementary response to Documents requests and Interrogatories. | 1.40 | 140.00 |
| | 10/12/01 JJH | Conference with Burke Fossee III and Michael J. Fergestrom regarding Witness and Discovery Strategy; Review and analysis of file regarding same; Multiple telephone conferences with potential witness. | 2.00 | 270.00 |
| | 11/2/01 JJH | Conference with client regarding Deposition of Carole Karam; Preparation for and attendance at deposition. | 5.50 | 742.50 |
| | 11/19/01 JJH | Conference with client regarding deposition; Preparation for and attendance at deposition. | 8.50 | 1,147.50 |
| | 11/20/01 JJH | Conference with Michael J. Fergestrom and Burke Fossee III regarding Discovery issues. | 1.50 | 202.50 |
| | 11/26/01 JJH | Conference with Burke Fossee III regarding Discovery Stipulation; Review and revision of stipulation and Order. | 0.50 | 67.50 |
| (A) | 11/28/01 JJH | Preparation for and attendance at Motion to Compel and for Sanctions. | 2.00 | 270.00 |
| | 11/2/01 MJF | Attendance at deposition. | 0.90 | 99.00 |
| | 11/27/01 MJF | Preparation for and attendance at deposition. | 3.50 | 385.00 |
| | 11/29/01 MJF | Drafting and preparation of correspondence opposing counsel. | 0.30 | 33.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/01 | MJF | Review and analysis of file; Conference with Mr. Fossee; Telephone conference with client; Multiple telephone conferences with witnesses; drafting and preparation of correspondence opposing counsel. | 2.50 | 275.00 |
| (A) 11/12/01 | BF | Discovery responses; Telephone conference with Bishoff. | 1.80 | 180.00 |
| (A) 11/13/01 | BF | Conference with Jamal John Hamood regarding discovery. | 0.10 | 10.00 |
| (A) 11/14/01 | BF | Discovery matter, telephone conference with Bishoff. | 1.70 | 170.00 |
| | BF | Stipulation to extend dates. | 0.20 | 20.00 |
| 11/15/01 | BF | Telephone conference with Bishoff regarding Stipulation & Order. | 0.10 | 10.00 |
| 11/20/01 | BF | Conference with Jamal John Hamood and Michael J. Fergestrom. | 0.50 | 50.00 |
| | BF | Telephone conference with Bishoff. | 0.30 | 30.00 |
| | BF | Telephone call to MacFarlane. | 0.10 | 10.00 |
| (A) | BF | Response to motion to compel discovery. | 1.80 | 180.00 |
| (A) 11/21/01 | BF | Response to motion to compel discovery. | 0.50 | 50.00 |
| (A) 11/26/01 | BF | Discovery follow up. | 0.60 | 60.00 |
| (A) | BF | Discovery follow up. | 1.00 | 100.00 |
| 11/27/01 | BF | Telephone call to Malkin. | 0.10 | 10.00 |
| | BF | Telephone call to Thompson. | 0.10 | 10.00 |
| | BF | Conference with Michael J. Fergestrom. | 0.30 | 30.00 |
| (A) | BF | Discovery follow up. | 0.80 | 80.00 |
| | BF | Telephone call to MacFarlane. | 0.30 | 30.00 |
| (A) | BF | Discovery follow up, Motion preparation. | 0.80 | 80.00 |
| (A) 11/28/01 | BF | Appearance on motion. | 2.00 | 200.00 |
| | BF | Telephone call to Carole Karam. | 0.20 | 20.00 |
| | BF | Telephone call to Malkin. | 0.30 | 30.00 |
| | BF | Memo to file. | 0.20 | 20.00 |

Mrs. Carole Karam

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/28/01 | BF | Telephone call to Waters. | 0.10 | 10.00 |
| | BF | Telephone call to J. Waters, memo to file | 0.40 | 40.00 |
| 11/29/01 | BF | Preparation of answer to interrogatories. | 1.50 | 150.00 |
| | BF | Preparation of answer to interrogatories. | 0.60 | 60.00 |
| | BF | Telephone call to Craig Thompson, Debra Dunaway. | 0.10 | 10.00 |
| | BF | Preparation of answer to interrogatories. | 0.70 | 70.00 |
| 11/30/01 | BF | Conference with Michael J. Fergestrom regarding discovery. | 0.30 | 30.00 |

Ⓐ Ⓐ Ⓐ

| | | Hours | Amount |
|---|---|---|---|
| For professional services rendered | | 53.25 | $6,082.00 |
| Additional Charges : | | | |
| 10/29/01 Service Fee/Document pickup from Sullivan Ward. | | | 25.00 |
| Total costs | | | $25.00 |
| Total amount of this bill | | | $6,107.00 |
| Previous balance | | | $557.46 |
| 10/30/01 Payment - thank you | | | ($557.46) |
| Total payments and adjustments | | | ($557.46) |
| Balance due | | | $6,107.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| BURKE FOSSEE III | 25.55 | 100.00 |
| BURKE FOSSEE III | 0.50 | 70.00 |
| Jamal John Hamood | 20.00 | 135.00 |
| Michael J. Fergestrom | 7.20 | 110.00 |

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

## PLEASE NOTE:

This Statement includes time and expenses incurred in
December 2001 and January 2002 and reflects payments
received prior to January 31, 2002. However, it does not
include any of Mike Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

February 06, 2002

Invoice # 1012

### Professional Services

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 12/4/01 | BF | Telephone conference with Craig Thompson and Debra Dunaway. | 0.20 | 20.00 |
| 12/5/01 | BF | Telephone conference with Malkin (expert). | 0.80 | 80.00 |
| 12/6/01 | BF | Telephone conference with Craig Thompson. | 0.10 | 10.00 |
| 12/10/01 | BF | Review and analysis of material from Clark, Hill | 0.70 | 70.00 |
| | BF | Telephone conference with Thompson, Dunaway. | 0.20 | 20.00 |
| | BF | Drafting and preparation of response to discovery order. | 0.40 | 40.00 |
| 12/11/01 | BF | Review and analysis of new discovery request. | 0.90 | 90.00 |
| | BF | Conference with Michael J. Fergestrom regarding discovery. | 0.60 | 60.00 |
| | BF | Discovery follow-up. | 1.30 | 130.00 |
| 12/12/01 | BF | Telephone conference with R. Karam. | 0.40 | 40.00 |
| | BF | Answer to interrogatories and Request to Produce. | 2.30 | 230.00 |
| | BF | Telephone conference with D. Karam. | 0.10 | 10.00 |
| | BF | Telephone conference with R. Karam. | 0.10 | 10.00 |
| 12/13/01 | BF | Telephone conference with Bishoff. | 0.10 | 10.00 |
| 12/14/01 | BF | Discovery follow-up. | 0.50 | 50.00 |
| | BF | Telephone conference with Bishoff. | 0.10 | 10.00 |

Mrs. Carole Karam

| | | | Hours | Amount |
|---|---|---|---|---|
| (A) | 12/14/01 BF | Answer to interrogatories Request to Produce. | 0.50 | 50.00 |
| (A) | 12/17/01 BF | Letter to clients and attorneys regarding request to produce. | 0.20 | 20.00 |
| | BF | Memo to file. | 0.30 | 30.00 |
| | 12/21/01 BF | Telephone conference with David Karam. | 0.10 | 10.00 |
| | 12/27/01 BF | Telephone conference with T. Macfarlane; memo to file. | 0.30 | 30.00 |
| | 12/28/01 BF | Telephone conference with Bishoff. | 0.10 | 10.00 |
| | 1/4/02 BF | Telephone conference with Carole Karam. | 0.20 | 20.00 |
| | 1/8/02 BF | Telephone call to Craig Thompson. | 0.10 | 10.00 |
| | BF | Telephone conference with Bishoff. | 0.10 | 10.00 |
| | 1/10/02 BF | Review and analysis of discovery materials at Dykema. | 3.30 | 330.00 |
| | BF | Memorandum regarding discovery materials; letter to Bishoff. | 0.60 | 60.00 |
| | 1/18/02 BF | review and analysis of letters from defendant's counsel | 0.10 | 10.00 |
| | 1/22/02 BF | Review and catalogue discovery materials from Defendants | 1.80 | 180.00 |
| | 1/23/02 BF | phone call to Bshoff | 0.10 | 10.00 |
| | BF | review requests from defendants | 0.60 | 60.00 |
| | BF | Review and catalogue discovery material from defendants. | 0.70 | 70.00 |
| (A) | 1/24/02 BF | follow up on defendants document request | 0.40 | 40.00 |
| | BF | telephone conference with Randy Karam | 0.10 | 10.00 |
| | BF | Telephone conference with Carole Karam | 0.10 | 10.00 |
| | BF | conference with Michael J. Fergestrom, telephone conference with Tom Bishoff | 0.30 | 30.00 |
| | BF | phone call to Randy karam | 0.10 | 10.00 |
| | BF | telephone conference with Carole Karam | 0.20 | 20.00 |
| | 1/25/02 BF | Review and catalogue discovery materials from Defendants | 1.50 | 150.00 |
| | 1/28/02 BF | review and chart discovery materials from defendants | 1.50 | 150.00 |
| (A) | 1/29/02 BF | answer requests to produce; phone call to Randy Karam, phone call to John MacArthur | 1.10 | 110.00 |
| | BF | review and chart defendant's discovery materials | 0.50 | 50.00 |
| | 1/30/02 BF | phone call to Tim Wittlinger | 0.10 | 10.00 |

Mrs. Carole Karam

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/30/02 BF | phone call to John MacArthur | | 0.10 | 10.00 |
| 1/31/02 BF | phone call to John MacArthur | | 0.10 | 10.00 |
| BF | telephone conference with David Karam | | 0.10 | 10.00 |
| BF | Phone call to David Karam, Randy Karam | | 0.20 | 20.00 |
| BF | answer document request | | 0.20 | 20.00 |
| 2/1/02 BF | telephone conference with John MacArthur | | 0.20 | 20.00 |
| BF | Phone call to Randy Karam | | 0.10 | 10.00 |
| BF | preparation of answers to request to produce | | 0.50 | 50.00 |
| | For professional services rendered | | 25.30 | $2,530.00 |

Additional Charges :

| | | | 7.00 |
|---|---|---|---|
| 11/28/01 | Parking for motion to compel discovery | | |
| | Total costs | | $7.00 |
| | Total amount of this bill | | $2,537.00 |
| | Previous balance | | $6,107.00 |
| | Balance due | | $8,644.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| BURKE FOSSEE III | 25.30 | 100.00 |

Randy - As you know, this file is being billed at a drastically reduced hourly rate with the understanding that the hourly fees will be paid monthly.  Please try to keep payments current

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 150 Days | 180 [ |
|---|---|---|---|---|---|---|
| 2,537.00 | 6,107.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

## *PLEASE NOTE:*

This Statement includes time and expenses incurred in February 2002 and March 2002 and reflects payments received prior to March 19, 2002. However, it does not include all of Mike Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

March 19, 2002

Invoice # 1080

Professional Services

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/20/01 | MJF | Receipt and review of correspondence regarding witness. | 0.60 | 66.00 |
| 12/21/01 | MJF | Review and analysis of file. | 2.50 | 275.00 |
| 1/3/02 | MJF | Legal research regarding "Expert" issues Review and analysis of file. | 1.50 | 165.00 |
| 1/24/02 | MJF | Review and analysis of file regarding discovery issues. | 0.80 | 88.00 |
| 2/7/02 | JJH | Receipt and review of correspondence regarding Discovery from opposing counsel; Conference with BURKE FOSSEE III and Michael J. Fergestrom regarding same. | 0.80 | 108.00 |
| | BF | Telephone conference with Tom Bishoff regarding discovery | 0.20 | 20.00 |
| 2/8/02 | BF | Preparation of Answers to Requests for Documents; Memorandum to Jamal John Hamood & Michael J. Fergestrom | 0.70 | 70.00 |
| 2/12/02 | MJF | Review and analysis of file; Preparation for Deposition; Review and analysis of deposition transcript; Multiple telephone conferences with opposing counsel. | 2.00 | 220.00 |
| 2/13/02 | MJF | Preparation for and attendance at deposition. | 4.20 | 462.00 |
| 2/14/02 | MJF | Receipt and review of correspondence from opposing counsel; Multiple telephone conferences with client. | 0.80 | 88.00 |
| 2/20/02 | MJF | Review and analysis of deposition transcript. | 1.80 | 198.00 |

(A)

Mrs. Carole Karam

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/21/02 | JJH | Review and analysis of file regarding discovery issues. | 0.70 | 94.50 |
|  | BF | Telephone conference with Tom Bishoff | 0.10 | 10.00 |
|  | BF | Preparation of discovery materials for Michael J. Fergestrom | 0.40 | 40.00 |
|  | MJF | Review and analysis of file; Preparation for deposition. | 2.40 | 264.00 |
| 2/22/02 | MJF | Preparation for and attendance at deposition. | 3.50 | 385.00 |
| 2/28/02 | MJF | Drafting and preparation of Waiver. | 1.20 | 132.00 |
| 3/7/02 | BF | Conference with Michael J. Fergestrom | 0.30 | 30.00 |
| 3/12/02 | BF | Conference with Michael J. Fergestrom | 0.30 | 30.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 24.80 | $2,745.50 |

Additional Charges :

| | |
|---|---|
| 2/14/02 Transcript Cost | 659.70 |
| 2/22/02 Witness fee regarding Catherine Imerman. | 21.00 |
| 3/13/02 FedEx | 46.92 |
| Total costs | $727.62 |
| Total amount of this bill | $3,473.12 |
| Previous balance | $8,644.00 |
| Balance due | $12,117.12 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| BURKE FOSSEE III | 2.00 | 100.00 |
| Jamal John Hamood | 1.50 | 135.00 |
| Michael J. Fergestrom | 21.30 | 110.00 |

Mr. Karam - Pursuant to our conversation of 3/18/02, please take care of the balance due and owing.  Thank you -
Jamal John Hamood

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 150 Days | 180 |
|---------|---------|---------|---------|----------|----------|-----|
| 3,473.12 | 2,537.00 | 6,107.00 | 0.00 | 0.00 | 0.00 | |

THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

## PLEASE NOTE:

This Statement includes time and expenses incurred in March 2002 and April 2002 and reflects payments received prior to April 30, 2002. However, it may not include all of Mike Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

May 07, 2002

Invoice # 1180

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/5/02 | MJF | Review and analysis of file; Preparation for deposition. | 6.00 | 660.00 |
| 3/6/02 | MJF | Preparation for and attendance at deposition. | 4.50 | 495.00 |
| 3/7/02 | MJF | Review and analysis of file. | 1.20 | 132.00 |
| 3/8/02 | MJF | Telephone conference with client. | 0.40 | 44.00 |
| 3/14/02 | MJF | Telephone conference with client; Telephone conference with opposing counsel. | 0.30 | 33.00 |
| 3/18/02 | MJF | Multiple telephone conferences with client; Review documents. | 0.50 | 55.00 |
| 3/27/02 | MJF | Revision of waiver. | 0.20 | 22.00 |
| 4/1/02 | MJF | Telephone conference with client. | 0.20 | 22.00 |
| 4/2/02 | MJF | Telephone conference with opposing counsel. | 0.20 | 22.00 |
| 4/5/02 | MJF | Multiple telephone conferences with client, opposing counsel. | 0.40 | 44.00 |
| 4/10/02 | MJF | Continued drafting and preparation of response requests for production of documents. | 0.80 | 88.00 |
| 4/11/02 | MJF | Telephone conference with client; telephone conference with opposing counsel; revision of waiver. | 0.40 | 44.00 |

Mrs. Carole Karam

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/12/02 | MJF | Receipt and review of documents. | 1.80 | 198.00 |
| 4/15/02 | MJF | Telephone conference with client. | 0.20 | 22.00 |
| | JJH | Review and analysis of various discovery issues; Preparation of strategy. | 1.20 | 162.00 |
| 4/16/02 | MJF | Continued drafting and preparation of response to requests for production of documents. | 2.50 | 275.00 |
| 4/24/02 | MJF | Receipt and review of correspondence to opposing counsel. | 0.20 | 22.00 |
| 4/26/02 | MJF | Multiple telephone conferences with Mr. Wittlinlinger; Telephone conference with opposing counsel. | 0.30 | 33.00 |
| 4/29/02 | MJF | Review of documents. | 4.00 | 440.00 |
| 4/30/02 | MJF | Review of documents. | 3.50 | 385.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 28.80 | $3,198.00 |
| Previous balance | | $12,117.12 |
| Balance due | | $15,315.12 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Jamal John Hamood | 1.20 | 135.00 |
| Michael J. Fergestrom | 27.60 | 110.00 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 150 Days | 180 |
|---|---|---|---|---|---|---|
| 3,198.00 | 3,473.12 | 0.00 | 2,537.00 | 6,107.00 | 0.00 | |

THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

June 11, 2002

Invoice # 1233

### PLEASE NOTE:

This Statement includes time and expenses incurred through May 2002, and reflects payments received prior to June 10, 2002. However, it does not include Jamal Hamood's time, and may not include all of Mike Fergestrom's time for that period.

**THANK YOU FOR YOUR PROMPT ATTENTION**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/6/02 | MJF | Review and analysis of file. | 1.80 | 198.00 |
| 5/9/02 | MJF | Review of documents. | 3.00 | 330.00 |
| 5/10/02 | MJF | Reiew of documents; Drafting and preparation of correspondence to opposing counsel. | 4.20 | 462.00 |
| 5/12/02 | MJF | Multiple telephone conferences with opposing counsel. | 0.30 | 33.00 |
| 5/13/02 | MJF | Telephone conference with Kuber's counsel; Review and analysis of file; Multiple telephone conferences with client. | 2.50 | 275.00 |
| 5/20/02 | MJF | Telephone conference with client. | 0.30 | 33.00 |
| 5/21/02 | MJF | Preparation for and attendance at deposition. | 3.80 | 418.00 |
| 5/24/02 | MJF | Preparation for and attendance at deposition. | 2.80 | 308.00 |
| 5/28/02 | MJF | Review and analysis of file; Legal research regarding case evaluation issues; Telephone conference with opposing counsel; Drafting and preparation of mediation summary. | 5.50 | 605.00 |
| 5/29/02 | MJF | Continued Drafting and preparation of Mediation Summary. | 1.60 | 176.00 |
| 5/31/02 | MJF | Filing Mediation Summary. | 1.20 | 132.00 |
| | | For professional services rendered | 27.00 | $2,970.00 |

Mrs. Carole Karam

Additional Charges :

| | | Amount |
|---|---|---|
| 5/30/02 | Mediation fee. | 225.00 |
| | Total costs | $225.00 |
| | Total amount of this bill | $3,195.00 |
| | Previous balance | $15,315.12 |
| 5/8/02 | Payment - thank you | ($15,315.12) |
| | Total payments and adjustments | ($15,315.12) |
| | Balance due | $3,195.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Michael J. Fergestrom | 27.00 | 110.00 |

THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

## *PLEASE NOTE:*

Your invoice for May and June has been delayed due to a technical error, and may, as a result, include some July time. Sorry for any inconvenience this may have caused you.

### THANK YOU FOR YOUR PROMPT ATTENTION

July 26, 2002

Invoice # 1341

| | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/02 | Review and analysis of documents regarding discovery. | 2.50 135.00/hr | 337.50 |
| 5/6/02 | Multiple telephone conferences with Michael J. Fergestrom regarding document review; Drafting and preparation of FOIA Request regarding Moss. | 0.80 135.00/hr | 108.00 |
| 5/8/02 | Preparation for and conference with client; Review and analysis of file regarding same. | 1.50 135.00/hr | 202.50 |
| 5/30/02 | Review and revision of mediation summary; Review and analysis of file regarding same. | 1.20 135.00/hr | 162.00 |
| 6/2/02 | Receipt and review of mediation summary and motion for summary judgment. | 1.50 110.00/hr | 165.00 |
| 6/3/02 | Preparation for and attendance at mediation. | 2.40 110.00/hr | 264.00 |
| 6/4/02 | Review and analysis of file; Legal research regarding motion for summary judgment issues. | 3.50 110.00/hr | 385.00 |
| 6/5/02 | Review and analysis of file; Drafting and preparation of response to motion for summary judgment. | 2.50 110.00/hr | 275.00 |
| 6/18/02 | Review and analysis of file; Continued drafting and preparation of response to motion for summary judgment. | 1.50 110.00/hr | 165.00 |

Mr. Randall Karam

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/21/02 | Review and analysis of file; Drafting and preparation of affidavit. | 7.50 110.00/hr | 825.00 |
| 6/22/02 | Legal research regarding motion issues; continued drafting and preparation of response; Review and analysis of file. | 6.00 110.00/hr | 660.00 |
| 6/23/02 | Continued drafting and preparation of response. | 2.00 110.00/hr | 220.00 |
| 6/24/02 | Continued drafting and preparation of response;  Review and analysis of file. | 1.80 110.00/hr | 198.00 |
| 6/26/02 | Telephone conference with Court; Continued drafting and preparation of response; Review and analysis of file. | 5.50 110.00/hr | 605.00 |
| 6/27/02 | Telephone conference with Carole Karam | 0.10 100.00/hr | 10.00 |
| 6/28/02 | Review and revision of affidavit of expert witness; Review and analysis of legal research regarding statute of L.M.; Review and revision of response brief. | 3.20 135.00/hr | 432.00 |
| | Legal research regarding motion issues; Continued drafting and preparation of response. | 3.20 110.00/hr | 352.00 |
| 6/29/02 | Continued drafting and preparation of response; Legal research regarding motion issues. | 2.20 110.00/hr | 242.00 |
| 6/30/02 | Continued drafting and preparation of response; Telephone conference with expert; Review and analysis of file. | 1.80 110.00/hr | 198.00 |

| | | | |
|---|---|---|---|
| | For professional services rendered | 50.70 | $5,806.00 |
| | Previous balance | | $3,195.00 |
| | Balance due | | $9,001.00 |

THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

## PLEASE NOTE:

This Statement includes time and expenses incurred in July and August 2002, and reflects payments received prior to August 23, 2002. However, it does not include all of Mike Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

August 23, 2002

Invoice # 1378

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 7/2/02 Review and revision of of response brief; Legal research regarding same. | 2.90 135.00/hr | 391.50 |
| 7/30/02 Review and analysis of file in preparation for oral argument; Telephone conference with client. | 1.80 135.00/hr | 243.00 |
| 7/31/02 Preparation for and appearance at oral argument regarding motion for summary disposition. | 3.90 135.00/hr | 526.50 |
| 8/13/02 Legal research regarding Standing Issue. | 0.80 180.00/hr | 144.00 |
| For professional services rendered | 9.40 | $1,305.00 |
| Previous balance | | $9,001.00 |
| 8/2/02 Payment - thank you | | ($9,001.00) |
| Total payments and adjustments | | ($9,001.00) |
| Balance due | | $1,305.00 |

THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

*PLEASE  NOTE:*

This Statement includes time and expenses incurred in August and September 2002, and reflects payments received prior to September 18, 2002.  However, it does not include  all of Mike Fergestrom's time for that period.

THANK YOU FOR YOUR PROMPT ATTENTION

September 19, 2002

Invoice # 1433

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/19/02 | Receipt and review of reply. | 0.60<br>110.00/hr | 66.00 |
| 7/22/02 | Review and analysis of file; Preparation for deposition; Legal research regarding motion issues. | 2.10<br>110.00/hr | 231.00 |
| | Legal research regarding reply issues. | 0.80<br>110.00/hr | 88.00 |
| 7/23/02 | Review and analysis of file; Preparation for deposition. | 2.40<br>110.00/hr | 264.00 |
| 7/24/02 | Preparation for and attendance at deposition. | 8.50<br>110.00/hr | 935.00 |
| 7/30/02 | Review and analysis of file; Preparation for oral argument. | 1.80<br>110.00/hr | 198.00 |
| 8/8/02 | Receipt and review of supplemental brief; Review and analysis of file; Legal research regarding Summary Judgment issues; | 3.50<br>110.00/hr | 385.00 |
| 8/9/02 | Review and analysis of file; Drafting and preparation of Joint Final Pretrial Order; Telephone conference with opposing counsel. | 2.40<br>110.00/hr | 264.00 |
| 8/12/02 | Review and analysis of file regarding witnesses; Review and analysis of transcripts; Review and revision of Final Pre-trial order. | 4.70<br>135.00/hr | 634.50 |

Mr. Randall Karam

| | | Hrs/Rate | Amount |
|---|---|---|---|

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/12/02 | Legal research regarding Summary Judgment issues; Drafting and preparation of res; Continued drafting and preparation of Joint Final Pre-trial Order; Receipt and review of expert report; Preparation for deposition. | 6.50 110.00/hr | 715.00 |
| 8/13/02 | Preparation for and attendance at deposition; Continued drafting and preparation of Joint Final Pre-trial Order; Telephone conference with Court; Continued drafting and preparation of response. | 8.20 110.00/hr | 902.00 |
| | Review and revision of of response Brief regarding Summary Judgment Issues; Review and analysis of legal research regarding same. | 2.90 135.00/hr | 391.50 |
| 8/14/02 | Continued drafting and preparation of response  Telephone conference with witness; Continued Drafting and preparation of Joint Final Pre-trial Order. | 4.80 110.00/hr | 528.00 |
| | Review and analysis of transcripts; General Trial preparation. | 5.00 135.00/hr | 675.00 |
| 8/15/02 | Review and analysis of file; Continued Drafting and preparation of Joint Final Pre-trial Order. | 3.50 110.00/hr | 385.00 |
| 8/16/02 | Review and analysis of file; Multiple telephone conferences with opposing counsel; Continued drafting and preparation of Joint Final Pre-trial Order. | 4.90 110.00/hr | 539.00 |
| | Multiple telephone conferences with client and others. | 0.80 135.00/hr | 108.00 |
| 8/19/02 | Review and revision of Final Pre-trial order; General Trial preparation. | 4.20 135.00/hr | 567.00 |
| | Review and analysis of file; Multiple telephone conferences with opposing counsel; Continued Drafting and preparation of Joint Final Pre-trial Order. | 2.80 110.00/hr | 308.00 |
| 8/20/02 | Continued drafting and preparation of Joint Final Pre-trial Order; Multiple telephone conferences with opposing counsel; Multiple telephone conferences with client. | 4.50 110.00/hr | 495.00 |
| 8/21/02 | Preparation for and appearance final pre trials; Review and analysis of file; Multiple telephone conferences with client and others regarding same. | 3.90 135.00/hr | 526.50 |
| | Multiple telephone conferences with client; Preparation for and attendance at Final Pre Trial. | 6.50 110.00/hr | 715.00 |
| 8/22/02 | Receipt and review of offer regarding Judgment; Drafting and preparation of correspondence to all clients; Review and analysis of transcripts and exhibits; Multiple telephone conferences with client. | 4.60 135.00/hr | 621.00 |

Mr. Randall Karam

| | | Hrs/Rate | Amount |
|---|---|---|---|
| (A) 8/22/02 | Multiple telephone conferences with client and witness; Drafting and preparation of supplemental Interrogatory answers; Review and analysis of file; | 6.20 110.00/hr | 682.00 |
| 8/23/02 | Multiple telephone conferences with client; Drafting and preparation of correspondence to all client; Review and analysis of exhibits; General Trial preparation. | 2.60 135.00/hr | 351.00 |
| | Multiple telephone conferences with expert and client; Multiple telephone conferences with opposing counsel; Continued drafting and preparation of response. | 8.00 110.00/hr | 880.00 |
| 8/26/02 | General Trial Preparation. | 5.00 110.00/hr | 550.00 |
| | Telephone conference with expert witness. | 0.20 100.00/hr | 20.00 |
| 8/27/02 | General Trial preparation; Receipt and review of motion for Summary Judgment; Review and analysis of file; Drafting and preparation of motion to strike. | 6.90 110.00/hr | 759.00 |
| | Telephone conference with Michael J. Fergestrom and expert witness; Conference with Michael J. Fergestrom. | 2.20 100.00/hr | 220.00 |
| (A) | Travel to Newark, NJ; Meet with expert witness. | 9.00 100.00/hr | 900.00 |
| 8/28/02 | Telephone conference with court; Legal research regarding motion issues; General Trial preparation. | 4.80 110.00/hr | 528.00 |
| | Attend deposition of expert witness; Travel back to Detroit. | 10.30 100.00/hr | 1,030.00 |
| 8/29/02 | Drafting and preparation of response; Drafting and preparation of correspondence to opposing counsel; Receipt and review of correspondence from opposing counsel; Receipt and review of expert reports; Preparation for depositions. | 8.50 110.00/hr | 935.00 |
| | Conference with Michael J. Fergestrom. | 0.30 100.00/hr | 30.00 |
| (C) | Drafting and preparation of answer to motion for summary judgment | 5.30 180.00/hr | 954.00 |
| | Review and analysis of Transcripts; General Trial preparation. | 7.20 135.00/hr | 972.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| C | 8/30/02 Conference with Jamal John Hamood, Michael J. Fergestrom on motion for summary judgment. | 0.70 180.00/hr | 126.00 |
|  | Filing response; Preparation for and attendance at depositions; Telephone conference with client; | 9.50 110.00/hr | 1,045.00 |
| C | Drafting and preparation of and to motion for summary judgment. | 8.20 180.00/hr | 1,476.00 |
|  | Multiple telephone conferences with potential witnesses; General Trial preparation; Review and analysis of documents and transcripts; Legal research regarding insurance code nd MCPA; Legal research regarding S.O.L. Drafting and preparation of various subpoena's. | 8.50 135.00/hr | 1,147.50 |
|  | Review and analysis of of trial brief. | 0.60 75.00/hr | 45.00 |
|  | 8/31/02 General Trial preparation; Drafting and preparation of Trial brief; Drafting and preparation of jury instructions. | 7.00 110.00/hr | 770.00 |
|  | General Trial preparation. | 8.00 135.00/hr | 1,080.00 |
|  | 9/1/02 General Trial preparation. | 8.50 110.00/hr | 935.00 |
|  | 9/2/02 General Trial preparation. | 9.00 110.00/hr | 990.00 |
|  | 9/3/02 Review and analysis of Legal research regarding S.O.L. andinsurance issues; Multiple telephone conferences with regarding witnesses; Drafting and preparation of subpoenas; General Trial Preparation; Review and analysis of transcripts. | 9.50 135.00/hr | 1,282.50 |
|  | Preparation for and appearance trial; General Trial preparation; | 10.90 135.00/hr | 1,471.50 |
|  | Preparation for and attendance at trial; General trial preparation. | 14.50 110.00/hr | 1,595.00 |
|  | 9/4/02 Preparation for and appearance trial; General Trial preparation. | 11.60 135.00/hr | 1,566.00 |
|  | Preparation for and attendance at trial; Continued witness; General Trial preparation. | 16.00 110.00/hr | 1,760.00 |
| C | 9/5/02 Research on waiver of statute of limitations defense. | 1.00 180.00/hr | 180.00 |

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/5/02 | Preparation for and appearance trial. | 9.00<br>135.00/hr | 1,215.00 |
|  | Preparation for and attendance at trial;  General Trial preparation. | 10.50<br>110.00/hr | 1,155.00 |
| 9/6/02 | General Trial preparation. | 7.50<br>110.00/hr | 825.00 |
|  | Conference with Michael J. Fergestrom regarding waiver issue and trial. | 0.50<br>135.00/hr | 67.50 |
|  | General Trial preparation. | 3.50<br>135.00/hr | 472.50 |
| 9/7/02 | General Trial preparation. | 7.00<br>110.00/hr | 770.00 |
| 9/8/02 | General Trial preparation. | 4.80<br>110.00/hr | 528.00 |
| 9/9/02 | Preparation for and appearance trial; General trial preparation of including preparation for closing argument. | 12.50<br>135.00/hr | 1,687.50 |
|  | Preparation for and attendance at trial; General Trial preparation. | 12.00<br>110.00/hr | 1,320.00 |
| 9/10/02 | Preparation for and appearance trial; Continued preparation for closing. | 12.90<br>135.00/hr | 1,741.50 |
|  | Preparation for and attendance at trial; General Trial preparation. | 13.50<br>110.00/hr | 1,485.00 |
| 9/11/02 | Preparation for and attendance at trial; General Trial preparation. | 10.80<br>110.00/hr | 1,188.00 |
|  | Preparation for and appearance closing; | 8.50<br>135.00/hr | 1,147.50 |
| 9/12/02 | Preparation for and appearance court regarding verdict; Legal research regarding various issues related to anticipated motions. | 10.00<br>135.00/hr | 1,350.00 |
|  | Preparation for and attendance at trial; General Trial preparation. | 10.80<br>110.00/hr | 1,188.00 |
| 9/13/02 | Preparation for and appearance court regarding verdict. | 7.00<br>135.00/hr | 945.00 |

Mr. Randall Karam

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/13/02 | Preparation for and attendance at trial; | 9.50<br>110.00/hr | 1,045.00 |
| | For professional services rendered | 440.20 | $52,952.50 |
| | Additional Charges : | | |
| 8/28/02 | Hotel,Parsippany, NJ. | | 114.04 |
| | mileage/Mileage:  Metro Airport to home. | | 8.70 |
| | Mileage:  Office to Metro Airport. | | 11.60 |
| | Ground Transportation, NJ | | 126.00 |
| | Meals (4) (including meal with expert witness). | | 77.37 |
| | Parking at Metro Airport. | | 22.00 |
| | Airfare regarding the Karam deposition in New Jersey. | | 1,110.50 |
| | Witness fee/Ralph J.Kliber, Esq. | | 12.00 |
| | Witness fee/Law Office of Ralph J. Kliber | | 12.00 |
| 9/16/02 | Copying costs, enlargements, document preparation and binders. | | 183.50 |
| 9/17/02 | Parking for Trial - 10 days | | 80.00 |
| | Total costs | | $1,757.71 |
| | Total amount of this bill | | $54,710.21 |
| | Previous balance | | $1,305.00 |
| | Balance due | | $56,015.21 |

Invoice submitted to:

Mrs. Carole Karam
Mr. David Karam
30100 VanDyke Avenue
Suite 310
Warren MI 48093

April 09, 2002

## *PLEASE NOTE:*

This Statement includes time and expenses incurred in March 2002 and April 2002 and reflects payments received prior to April 5, 2002. However, it does not include all of Jamal Hamood and Mike Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

|  | Amount |
|---|---|
| Previous balance | $12,117.12 |
| Balance due | $12,117.12 |

Mr. Karam - Pursuant to our conversation of 3/18/02, please take care of the balance due and owing. Thank you - Jamal John Hamood

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 150 Days | 180 |
|---|---|---|---|---|---|---|
| 3,473.12 | 0.00 | 2,537.00 | 6,107.00 | 0.00 | 0.00 | |