THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

## PLEASE NOTE:

This Statement includes time and expenses incurred in
October and November, 2002, and reflects payments
received prior to November 8, 2002. However, it does not
include all of Mike Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

November 08, 2002

Invoice # 1588

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **JJH** | | |
| 9/30/02 Receipt and review of motion regarding extension; Multiple telephone conferences with client and Court; Drafting and preparation of motion regarding costs and fees. | 1.20 150.00/hr | 180.00 |
| SUBTOTAL: | [    1.20 | 180.00] |
| **MJF** | | |
| 10/6/02 Review and analysis of file; Legal research regarding attorney fees; Drafting and preparation of motion and brief. | 2.50 120.00/hr | 300.00 |
| 10/7/02 Continued drafting and preparation of motion and brief. | 1.50 120.00/hr | 180.00 |
| 10/8/02 Continued drafting and preparation of motion and brief; Receipt and review of opinion; Conference with Jamal John Hamood; Review and analysis of file. | 3.20 120.00/hr | 384.00 |
| SUBTOTAL: | [    7.20 | ...864.00] |
| **RS** | | |
| 10/8/02 Legal Research regarding attorney fees. | 2.00 120.00/hr | 240.00 |
| SUBTOTAL: | [    2.00 | 240.00] |


EXHIBIT
B

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| JJH |  |  |  |
| 10/9/02 | Receipt and review of Kliber ruling; Legal research regarding same; Multiple telephone conferences with client regarding same. | 3.90 150.00/hr | 585.00 |
|  | SUBTOTAL: | [        3.90 | 585.00] |
| MJF |  |  |  |
| 10/9/02 | Legal research regarding motion issues; Telephone conference with Jamal John Hamood and client. | 2.00 120.00/hr | 240.00 |
|  | SUBTOTAL: | [        2.00 | 240.00] |
| JJH |  |  |  |
| 10/10/02 | Conference with Shaw regarding Kliber appeal issues; Review and analysis of opinion; Multiple telephone conferences with client and others. | 2.50 150.00/hr | 375.00 |
|  | SUBTOTAL: | [        2.50 | 375.00] |
| RS |  |  |  |
| 10/10/02 | Telephone conference with client. | 0.80 120.00/hr | 96.00 |
|  | SUBTOTAL: | [        0.80 | 96.00] |
| JJH |  |  |  |
| 10/11/02 | Receipt and review of post Judgment motion; Legal research regarding same. | 3.50 150.00/hr | 525.00 |
|  | SUBTOTAL: | [        3.50 | 525.00] |
| MJF |  |  |  |
| 10/14/02 | Receipt and review of motion for JNOV. | 1.50 120.00/hr | 180.00 |
|  | SUBTOTAL: | [        1.50 | 180.00] |
| RS |  |  |  |
| 10/14/02 | Review and analysis of motion JNOV. | 0.50 120.00/hr | 60.00 |
|  | SUBTOTAL: | [        0.50 | 60.00] |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **MJF** |  |  |  |
| 10/18/02 | Legal research regarding motion issues. | 3.00 120.00/hr | 360.00 |
|  | SUBTOTAL: | [     3.00 | 360.00] |
| **JJH** |  |  |  |
| 10/21/02 | Continued legal research regarding post judgment motion; Review and analysis of file regarding same. | 3.50 150.00/hr | 525.00 |
|  | SUBTOTAL: | [     3.50 | 525.00] |
| **MJF** |  |  |  |
| 10/21/02 | Legal research regarding motion issues; Drafting and preparation of Richard E. Shaw. | 6.50 120.00/hr | 780.00 |
|  | SUBTOTAL: | [     6.50 | 780.00] |
| **JJH** |  |  |  |
| 10/22/02 | Telephone conference with client regarding strategy; Continued legal research regarding post judgment motion. | 1.50 150.00/hr | 225.00 |
|  | SUBTOTAL: | [     1.50 | 225.00] |
| **JP** |  |  |  |
| 10/23/02 | Preparation of exhibits for appeal brief. | 0.50 60.00/hr | 30.00 |
|  | SUBTOTAL: | [     0.50 | 30.00] |
| **RS** |  |  |  |
| 10/23/02 | Conference with Michael J. Fergestrom regarding motion JNOV. | 0.50 120.00/hr | 60.00 |
|  | SUBTOTAL: | [     0.50 | 60.00] |
| **MJF** |  |  |  |
| 10/24/02 | Legal research regarding motion issues; Continued drafting and preparation of response. | 3.80 120.00/hr | 456.00 |
| 10/25/02 | Legal research regarding motion issues; continued drafting and preparation of response. | 8.50 120.00/hr | 1,020.00 |

Ⓔ

| | | Hrs/Rate | Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | SUBTOTAL: | [    12.30 | 1,476.00] |

JP_____

E  10/28/02  Legal research; Preparation of exhibits regarding appeal brief.

|  |  |
|---|---|
| 3.00 60.00/hr | 180.00 |

| | | | |
|---|---|---|---|
| | SUBTOTAL: | [    3.00 | 180.00] |

MJF_____

10/28/02  Receipt and review of response to motion; Continued drafting and preparation of response.

|  |  |
|---|---|
| 7.00 120.00/hr | 840.00 |

| | | | |
|---|---|---|---|
| | SUBTOTAL: | [    7.00 | 840.00] |

RS_____

10/28/02  Conference with Michael J. Fergestrom.

|  |  |
|---|---|
| 0.20 120.00/hr | 24.00 |

| | | | |
|---|---|---|---|
| | SUBTOTAL: | [    0.20 | 24.00] |

MJF_____

10/29/02  Legal research regarding motion issues; Continued drafting and preparation of response.

|  |  |
|---|---|
| 5.50 120.00/hr | 660.00 |

10/30/02  Drafting and preparation of response; Telephone conference with opposing counsel.

|  |  |
|---|---|
| 3.00 120.00/hr | 360.00 |

| | | |
|---|---|---|
| SUBTOTAL: | [    8.50 | 1,020.00] |

| | | |
|---|---|---|
| For professional services rendered | 71.60 | $8,865.00 |
| Previous balance | | $327.62 |
| Balance due | | $9,192.62 |

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

### PLEASE NOTE:

This Statement includes time and expenses incurred in
November and December, 2002, and reflects payments
received prior to December 6, 2002. However, it may not
include some of Jamal John Hamood and Michael J.
Fergestrom's time for that period.

**THANK YOU FOR YOUR PROMPT ATTENTION**

December 10, 2002

Invoice # 1634

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| **RS** | | |
| 11/4/02 Conference with Jamal John Hamood regarding impact of COA decision. | 0.20 120.00/hr | 24.00 |
| SUBTOTAL: | [ 0.20 | 24.00] |
| **MJF** | | |
| 11/5/02 Legal research regarding attorney fee issues; Drafting and preparation of reply. | 6.50 120.00/hr | 780.00 |
| 11/6/02 | 4.00 120.00/hr | 480.00 |
| 11/7/02 Drafting and preparation of reply. | 3.20 120.00/hr | 384.00 |
| 11/8/02 Drafting and preparation of reply; | 1.40 120.00/hr | 168.00 |
| 11/26/02 Receipt and review of correspondence from opposing counsel. | 0.20 120.00/hr | 24.00 |
| SUBTOTAL: | [ 15.30 | 1,836.00] |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 15.50 | $1,860.00 |
| Additional Charges : |  |  |
| JJH |  |  |
| 11/19/02  McFarland Deposition |  | 494.20 |
| SUBTOTAL: |  | [   494.20] |
| Total costs |  | $494.20 |
| Total amount of this bill |  | $2,354.20 |
| Previous balance |  | $9,192.62 |
| Balance due |  | $11,546.82 |

THE LAW OFFICES OF
# HAMOOD & FERGESTROM
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0090

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

## PLEASE NOTE:

This Statement includes time and expenses incurred in
December and January, 2003, and reflects payments
received prior to January 8, 2003. However, it may not
include all of Michael J. Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

January 09, 2003

Invoice # 1711

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **JJH** | | |
| 11/6/02 [Sagemark] - Review and analysis of legal research regarding attorney fee issues. | 0.70 135.00/hr | 94.50 |
| 12/6/02 Preparation for and conference with client. | 0.80 135.00/hr | 108.00 |
| SUBTOTAL: | [ 1.50 | 202.50] |
| For professional services rendered | 1.50 | $202.50 |

Additional Charges :

| | | |
|---|---|---|
| **JJH** | | |
| 12/11/02 Deposition Costs for Malkin. | | 519.20 |
| SUBTOTAL: | | [ 519.20] |
| Total costs | | $519.20 |
| Total amount of this bill | | $721.70 |

|                                          | Amount |
|------------------------------------------|--------------|
| Previous balance                         | $12,545.82 |
| 12/1/02 Payment - thank you              | ($12,384.00) |
| Total payments and adjustments           | ($12,384.00) |
| Balance due                              | $883.52 |

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

## PLEASE NOTE:

This Statement includes time and expenses incurred in February 2003, and reflects payments received prior to February 28, 2003. However, it may not include all of Michael J. Fergestrom's time for that period.

### THANK YOU FOR YOUR PROMPT ATTENTION

March 10, 2003

Invoice # 1797

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| **MJF** | | |
| 2/10/03 Review and analysis of file; Review of Briefs; Legal research regarding motion issues. | 1.80 120.00/hr | 216.00 |
| 2/11/03 multiple telephone conferences with opposing counsel and court; Conference with Jamal John Hamood; receipt and review of correspondence from opposing counsel. | 0.50 120.00/hr | 60.00 |
| 2/12/03 Telephone conference with court. | 0.20 120.00/hr | 24.00 |
| SUBTOTAL: | [ 2.50 | 300.00] |
| **JJH** | | |
| 2/13/03 Multiple telephone conferences with client and opposing counsel regarding hearing. | 0.50 135.00/hr | 67.50 |
| SUBTOTAL: | [ 0.50 | 67.50] |

THE LAW OFFICES OF
# Hamood Runco & Fergestrom
6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

### PLEASE NOTE:

This Statement includes time and expenses incurred in
March 2003, and reflects payments received prior to
April 9, 2003. However, it may not include all of Michael J.
Fergestrom's time for that period.

**THANK YOU FOR YOUR PROMPT ATTENTION**

April 14, 2003

Invoice # 1902

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **CP** | | |
| 3/3/03  Review of defendant's new appellate brief. | 0.70<br>90.00/hr | 63.00 |
| SUBTOTAL: | [    0.70 | 63.00] |
| **MJF** | | |
| 3/3/03  Review transcripts; Review and analysis of file. | 4.50<br>120.00/hr | 540.00 |
| 3/7/03  Drafting and preparation of supplemental response. | 3.80<br>120.00/hr | 456.00 |
| 3/10/03  Continued drafting and preparation of supplemental response; Review and analysis of file. | 2.40<br>120.00/hr | 288.00 |
| SUBTOTAL: | [   10.70 | 1,284.00] |
| **JJH** | | |
| 3/12/03  [Sagemark]- Drafting and preparation of Richard E. Shaw to supplemental brief post trial motions. | 1.50<br>135.00/hr | 202.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 3/27/03 Continued review and revision of response. | 0.50 135.00/hr | 67.50 |
| SUBTOTAL: | [    2.00 | 270.00] |

MJF
_____

| | Hrs/Rate | Amount |
|---|---|---|
| 3/27/03 Revision of response. | 0.80 120.00/hr | 96.00 |
| SUBTOTAL: | [    0.80 | 96.00] |
| For professional services rendered | 14.20 | $1,713.00 |
| Previous balance | | ($1,329.98) |
| Balance due | | $383.02 |

THE LAW OFFICES OF

# HAMOOD RUNCO & FERGESTROM

6915 Rochester Road, Suite 400
Troy, MI 48098
(248) 813-0000

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

July 23, 2003

Invoice # 2104

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| RS | | |
| 6/3/03 drafting and preparation of notice of appeal. | 0.30<br>120.00/hr | 36.00 |
| 6/4/03 Drafting and preparation of notice of appeal. | 1.10<br>120.00/hr | 132.00 |
| SUBTOTAL: | [ 1.40 | 168.00] |
| For professional services rendered | 1.40 | $168.00 |
| Previous balance | | $483.02 |
| Balance due | | $651.02 |

8/20  $1875.02

THE LAW OFFICES OF
# HAMOOD RUNCO & FERGESTROM
6915 Rochester Road, Suite 400
Troy, Mi 48098
(248) 813-0000

Invoice submitted to:

Mr. Randall Karam
53271 Pine Ridge
Chesterfield Twp. MI 48051

## *PLEASE ,NOTE:*

This invoice may recap your time for June, however, your
not being double billed for that time.  It is included on this
statement for your reference.

### THANK YOU FOR YOUR PROMPT ATTENTION

August 20, 2003

Invoice # 20030

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| RS |  |  |  |
| 6/3/03 | drafting and preparation of notice of appeal. | 0.30 120.00/hr | 36.00 |
| 6/4/03 | Drafting and preparation of notice of appeal. | 1.10 120.00/hr | 132.00 |
| 7/3/03 | [Sagemark] - Drafting and preparation of 6th Circuit Conference Statement, appearance, and transcript order. | 3.50 120.00/hr | 420.00 |
| 7/7/03 | [Sagemark] - Telephone conference with court reporter regarding transcript. | 0.10 120.00/hr | 12.00 |
| 7/8/03 | [Sagemark] - Review appearances. | 0.10 120.00/hr | 12.00 |
| 7/18/03 | [Sagemark] - Review exhibits for appeal; Telephone conference with opposing counsel. | 2.10 120.00/hr | 252.00 |
| 7/21/03 | [Sagemark] - Telephone conference with opposing counsel regarding trial exhibits. | 0.10 120.00/hr | 12.00 |
| 7/22/03 | [Sagemark] - Telephone conference with opposing counsel regarding trial exhibits. | 0.10 120.00/hr | 12.00 |
| 7/24/03 | [Sagemark] - Review/sign stipulation regarding defendant's trial exhibits. | 0.20 120.00/hr | 24.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 7/24/03 [Sagemark] - Review/sign stipulation regarding defendant's trial exhibits. | 0.20<br>120.00/hr | 24.00 |
| 7/25/03 [Sagemark] - Prepare exhibits for appeal; Drafting and preparation of brief on appeal. | 0.30<br>120.00/hr | 36.00 |
| 7/28/03 [Sagemark] - Drafting and preparation of brief on appeal. | 1.00<br>120.00/hr | 120.00 |
| 7/29/03 [Sagemark] - Drafting and preparation of brief on appeal. | 2.50<br>120.00/hr | 300.00 |
| SUBTOTAL: | [      11.60 | 1,392.00] |
| For professional services rendered | 11.60 | $1,392.00 |
| Previous balance |  | $483.02 |
| Balance due |  | $1,875.02 |

## Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield Mi 48051

September 25, 2003

In Reference To: Sagemark

Invoice # 69

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 8/1/2003 Review and analysis of file; Preparation for conference call. | 1.20<br>120.00/hr | 144.00 |
| 8/4/2003 Preparation for conference call. | 2.50<br>120.00/hr | 300.00 |
| 8/5/2003 Review and analysis of file; Legal research regarding appeal issues. | 3.50<br>120.00/hr | 420.00 |
| 8/21/2003 Review and analysis of file; Review draft brief. | 2.00<br>120.00/hr | 240.00 |
| 8/25/2003 Review and revision of brief. | 4.00<br>120.00/hr | 480.00 |
| 8/27/2003 Review and analysis of file; Legal research regarding appeal issues. | 2.40<br>120.00/hr | 288.00 |
| 8/28/2003 Review and revision of brief. | 4.50<br>120.00/hr | 540.00 |
| 8/18/2003 Review and analysis legal research regarding appeal issues; Review and analysis of file regarding same. | 2.20<br>150.00/hr | 330.00 |
| 8/25/2003 Review and analysis of claims on appeal. | 2.10<br>150.00/hr | 315.00 |
| 8/29/2003 Review and revision of brief on appeal; Review and analysis of file regarding same. | 2.30<br>150.00/hr | 345.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/1/2003 | Draft and preparation of appeal brierf; Review transcript. | 5.20 120.00/hr | 624.00 |
| 8/2/2003 | Draft and preparation of appeal brierf; Review transcript. | 1.10 120.00/hr | 132.00 |
| 8/3/2003 | Draft and preparation of appeal brierf; Review transcript. | 0.80 120.00/hr | 96.00 |
| 8/4/2003 | Settlement call 6th Circuit court and Draft and preparation of appeal brief - review transcript. | 3.60 120.00/hr | 432.00 |
| 8/5/2003 | Draft and preparation of appeal brief - review transcript | 4.40 120.00/hr | 528.00 |
| 8/6/2003 | Draft and preparation of appeal brief - review transcript. | 3.20 120.00/hr | 384.00 |
| 8/7/2003 | Draft and preparation of appeal brief - review transcript. | 6.10 150.00/hr | 915.00 |
| 8/8/2003 | Draft and preparation of appeal brief - review exhibits. | 6.40 150.00/hr | 960.00 |
| 8/11/2003 | Draft and preparation of appeal brief. | 8.40 150.00/hr | 1,260.00 |
| 8/12/2003 | Draft and preparation of appeal brief. | 3.20 150.00/hr | 480.00 |
| 8/18/2003 | Draft and preparation of appeal brief. | 3.70 120.00/hr | 444.00 |
| 8/13/2003 | Draft and preparation of appeal brief. | 2.20 120.00/hr | 264.00 |
| 8/19/2003 | Draft and preparation of appea brief. | 7.60 120.00/hr | 912.00 |
| 8/20/2003 | Draft and preparation of appea brief. | 7.60 120.00/hr | 912.00 |
| 8/21/2003 | Draft and preparation of appeal brief. | 8.40 120.00/hr | 1,008.00 |
| 8/24/2003 | Draft and preparation of appeal brief. | 3.50 120.00/hr | 420.00 |
| 8/25/2003 | Draft and preparation of appeal brief. | 9.10 120.00/hr | 1,092.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/26/2003 | Draft and preparation of appeal brief. | 1.90 120.00/hr | 228.00 |
| 8/28/2003 | Telephone conference with Mr. Bishoff regarding trial exhibits; Send exhibits to Bishoff; Prepare stipulation; Modify brief. | 0.70 120.00/hr | 84.00 |
| 8/29/2003 | Modify brief; | 1.40 120.00/hr | 168.00 |
|  | For professional services rendered | 115.20 | $14,745.00 |
|  | Additional Charges : |  |  |
| 9/13/2003 | Old billing transferred into new. |  | 1,875.02 |
|  | Total costs |  | $1,875.02 |
|  | Total amount of this bill. |  | $16,620.02 |
| 9/13/2003 | Credit - Old billing transferred into new billing. |  | ($44.00) |
|  | Total payments and adjustments |  | ($44.00) |
|  | Balance due |  | $16,576.02 |

Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

October 10, 2003

In Reference To: Sagemark

Invoice # 174

*Randy. I called you on 10/8/03 and I never heard back from you. I really need to see this paid. Thank you for your cooperation. Marlena M. Habel*

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/2/2003 | Draft and preparation of proof brief. | 6.40 120.00/hr | 768.00 |
| 9/3/2003 | Draft and preparation of proof brief. | 4.40 120.00/hr | 528.00 |
| 9/4/2003 | Review Michael J. Fergestrom's revision. | 0.20 120.00/hr | 24.00 |
| 9/9/2003 | Draft and preparation of proof brief. | 8.20 120.00/hr | 984.00 |
| 9/10/2003 | Draft and preparation of proof brief. | 1.70 120.00/hr | 204.00 |
| 9/30/2003 | Stipulation regarding exhibits. | 0.10 120.00/hr | 12.00 |
| 9/2/2003 | Legal research regarding appeal; Draft and preparation of sections for brief on appeal. | 3.90 150.00/hr | 585.00 |
| 9/7/2003 | Review and revision of appeal brief. | 2.20 150.00/hr | 330.00 |
| 9/9/2003 | Review and revision of appeal brief; Legal research regarding same; Review and analysis of file regarding same. | 3.00 150.00/hr | 450.00 |
| 9/24/2003 | Review and analysis of file; Legal research regarding MCPA, JNOV. | 3.50 120.00/hr | 420.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/25/2003 | Legal research regarding reply issues. | 2.80<br>120.00/hr | 336.00 |
|  | For professional services rendered | 36.40 | $4,641.00 |
|  | Previous balance |  | $16,576.02 |
|  | Balance due |  | $21,217.02 |

# Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note: This invoice includes all time billed, and expenses incurred, through October 2003 and reflects all payments received prior to November 17, 2003. However, it does not include Jamal Hamood's time for that period.

November 19, 2003

In Reference To: Sagemark

Invoice # 239

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 10/10/2003 Prepare exhibits for appeal | 3.00 120.00/hr | 360.00 |
| 10/24/2003 Review stipulation for exhibits; Transmit to Bishoff | 0.20 120.00/hr | 24.00 |
| 10/30/2003 Conference with client, Jamal John Hamood and Richard Shaw | 0.90 120.00/hr | NO CHARGE |
| Telephone conference with client; Legal research regarding waiver issue. | 0.50 120.00/hr | NO CHARGE |
| For professional services rendered | 4.60 | $384.00 |
| Previous balance | | $21,217.02 |
| 10/23/2003 Payment - thank you. Check No. 1187 | | ($21,217.02) |
| Total payments and adjustments | | ($21,217.02) |
| Balance due | | $384.00 |

Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note: This invoice includes all
time billed, and expenses incurred,
through November 2003 and reflects
all payments received prior to
December 9, 2003. However, it does
not include all of Michael J.
Fergestrom's time for that period.

December 10, 2003

In Reference To: Sagemark

Invoice # 425

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 11/11/2003 Review Appellee's Proof Brief. | 1.60 120.00/hr | 192.00 |
| Review appendix; Telephone conference with opposing counsel. | 0.40 120.00/hr | 48.00 |
| 11/17/2003 Compile joint appendix. | 2.40 120.00/hr | 288.00 |
| 11/20/2003 Compile Joint appendix. | 4.20 120.00/hr | 504.00 |
| 11/21/2003 Compile joint appendix. | 1.60 120.00/hr | 192.00 |
| 11/25/2003 Reply brief. | 6.70 120.00/hr | 804.00 |
| 11/26/2003 Reply brief. | 4.10 120.00/hr | 492.00 |
| 11/30/2003 Reply brief. | 3.00 120.00/hr | 360.00 |
| 11/18/2003 Review of Appellee's brief; Review and analysis of file; | 1.80 120.00/hr | 216.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 11/19/2003  Legal research regarding statute of limitations. | 1.50 120.00/hr | 180.00 |
| 11/21/2003  Legal research regarding statute of limitations and MCPA issues. | 3.40 120.00/hr | 408.00 |
| 11/24/2003  Review of Appellate and summary briefs; Review and analysis of file; Conference with Richard Shaw. | 2.50 120.00/hr | 300.00 |
| 11/25/2003  Conference with Richard Shaw. | 0.50 120.00/hr | 60.00 |
| 11/29/2003  Review of Draft reply; Review and analysis of file; Revision of reply; Legal research regarding reply issues. | 4.50 120.00/hr | 540.00 |
| 11/24/2003  Receipt and review appellee's brief; Review and analysis of file regarding same. | 2.30 150.00/hr | 345.00 |
| 11/26/2003  Review and revision of response brief. | 2.20 150.00/hr | 330.00 |
| For professional services rendered | 42.70 | $5,259.00 |

Additional Charges :

| | | |
|---|---|---|
| 12/1/2003  FedEx/Transcript Exhibits for Joint Appendix. | | 17.50 |
| 11/18/2003  FedEx/Exhibits for Joint Appendix | | 17.50 |
| 11/21/2003  FedEx/Exhibits for Joint Appendix | | 17.50 |
| Total costs | | $52.50 |
| Total amount of this bill | | $5,311.50 |
| Previous balance | | $384.00 |
| Balance due | | $5,695.50 |

## Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note: This invoice includes all
time billed, and expenses incurred,
through November 2003 and reflects
all payments received prior to
December 9, 2003. However, it does
not include all of Michael J.
Fergestrom's time for that period.

January 13, 2004

In Reference To: Sagemark

Invoice # 551

### Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 12/1/2003 Continued Draft and preparation of reply. | 1.50 120.00/hr | 180.00 |
| 12/2/2003 Continued Draft and preparation of reply. | 1.20 120.00/hr | 144.00 |
| 12/1/2003 Draft and preparation of reply brief. | 7.80 120.00/hr | 936.00 |
| 12/2/2003 Continued Draft and preparation of reply brief; Telephone calls to printer. | 4.50 120.00/hr | 540.00 |
| 12/3/2003 Draft and preparation of joint appendix. | 3.40 120.00/hr | 408.00 |
| 12/8/2003 Telephone conference with Legal Advantage; Review of Joint Appendix. | 1.10 120.00/hr | 132.00 |
| 12/9/2003 Send material to Legal Advantage for Joint Appendix. | 0.20 120.00/hr | 24.00 |
| 12/11/2003 Telephone conference with Legal Advantage, Tom Bishoff and 6th Circuit Court regarding printing. | 0.30 120.00/hr | 36.00 |
| 12/18/2003 Draft and preparation of final briefs. | 1.90 120.00/hr | 228.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 12/19/2003 Modify appendix; Telephone conference with Legal Advantage regarding joint appendix. | 1.20 120.00/hr | 144.00 |
| 12/22/2003 Modify Appendix. | 1.80 120.00/hr | 216.00 |
| 12/23/2003 Draft and preparation of Final Briefs; Multiple telephone conferences with Legal Advantage; Review Defendant's final brief regarding Plaintiff Ex.G. | 3.40 120.00/hr | 408.00 |
| 12/1/2003 Review and revision of reply brief. | 1.50 150.00/hr | 225.00 |
| 12/2/2003 Final Review and revision of reply brief. | 0.80 150.00/hr | 120.00 |
| For professional services rendered | 30.60 | $3,741.00 |
| Previous balance | | $5,695.50 |
| Balance due | | $9,436.50 |

## Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI  48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note:  This invoice includes all time billed, and expenses incurred, through January 2004 and reflects all payments received prior to February 9, 2004.  However, it does not include Jamal John Hamood's time for that period.

February 10, 2004

In Reference To: Sagemark

Invoice # 613

### Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/7/2004 | Letter from adverse attorney; Telephone conference with Legal Advantage regarding joint appendix. | 0.10 120.00/hr | 12.00 |
| 1/8/2004 | Letter from adverse attorney; Telephone conference with (2x) to Legal Advantage regarding joint appendix. | 0.20 120.00/hr | 24.00 |
|  | For professional services rendered | 0.30 | $36.00 |

Additional Charges :

| 11/25/2003 | Fed Ex -Legal Advantage. | 9.27 |
|---|---|---|
|  | Total costs | $9.27 |
|  | Total amount of this bill | $45.27 |
|  | Previous balance | $9,436.50 |
| 2/9/2004 | Payment - thank you | ($5,695.50) |
|  | Total payments and adjustments | ($5,695.50) |
|  | Balance due | $3,786.27 |

# Harrood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note: This invoice includes all
time billed, and expenses incurred,
through February 2004 and reflects all
payments received prior to March 5,
2004. However, it does not include
Michael J. Fergestrom's time for that
period.

March 08, 2004

In Reference To: Sagemark

Invoice # 677

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 2/6/2004 Conference with client. | 1.80<br>120.00/hr | 216.00 |
| For professional services rendered | 1.80 | $216.00 |
| Previous balance |  | $3,786.27 |
| Balance due |  | $4,002.27 |

# Hamood, Runco & Fergestrom
6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note: This invoice includes all time billed, and expenses incurred, through July 2004 and reflects all payments received prior to July 7, 2004. However, it does not include all of Jamal John Hamood or Michael J. Fergestrom's time for that period.

July 08, 2004

In Reference To: Sagemark

Invoice # 922

### Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 6/4/2004 Draft and preparation of response to 6th Circuit request for acknowledgment for oral argument; | 0.40 120.00/hr | 48.00 |
| For professional services rendered | 0.40 | $48.00 |
| Previous balance |  | $4,021.77 |
| Balance due |  | $4,069.77 |

# Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note: This invoice includes all
time billed, and expenses incurred,
through July 2004 and reflects all
payments received prior to July 7,
2004. However, it does not include all
of Jamal John Hamood or Michael J.
Fergestrom's time for that period.

August 16, 2004

In Reference To: Sagemark

Invoice # 979

### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/29/2004 | Review documents for oral argument; Conference with Jamal John Hamood regarding recent authority; | 2.50 120.00/hr | 300.00 |
| 7/30/2004 | Letter to court regarding recent authority; | 0.30 120.00/hr | 36.00 |
| 7/20/2004 | Review and analysis of 6th Circuit Court briefs and related documents; | 3.50 150.00/hr | 525.00 |
| 7/22/2004 | Legal research regarding Solkowitz case and its impact on appeal; | 1.50 150.00/hr | 225.00 |
| 7/27/2004 | Continued Review and analysis of appeal documents; | 2.80 150.00/hr | 420.00 |
| 7/30/2004 | Draft and preparation of correspondence to 6th Circuit Court regarding Solkowitz and its impact on appeal; | 1.20 150.00/hr | 180.00 |
| | For professional services rendered | 11.80 | $1,686.00 |
| | Additional Charges : | | |
| 7/30/2004 | FedEx documents to clerk at US COA; | | 19.50 |
| 8/3/2004 | Hotel Accomodations in OH regarding oral argument; | | 562.03 |
| | Total costs | | $581.53 |

# Hamood, Runco & Fergestrom

6915 Rochester Road, Suite 400
Troy, MI 48085

Invoice submitted to:
Mr. Randall Karam
53271 Pine Ridge
Chesterfield MI 48051

Please note: This invoice includes all time billed, and expenses incurred, through August 2004. However, it may not include all of Jamal John Hamood or Michael J. Fergestrom's time for that period

September 08, 2004

In Reference To: Sagemark

Invoice # 1033

### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/2/2004 | Update authority; Conference with client and Jamal John Hamood; | 2.10 120.00/hr | 252.00 |
| 8/3/2004 | Attend oral argument on appeal; | 4.50 120.00/hr | 540.00 |
| 8/4/2004 | Attend oral argument on appeal; | 8.00 120.00/hr | 960.00 |
| 8/2/2004 | Review and analysis of file regarding 6th Circuit Argument; Preparation for attendance and conference with client; | 5.80 150.00/hr | 870.00 |
| 8/3/2004 | Review and analysis of file regarding 6th Circuit; Review and analysis case law; | 4.50 150.00/hr | 675.00 |
| 8/4/2004 | Preparation for attendance and appearance at 6th Circuit Argument; Travel regarding same; | 6.50 150.00/hr | 975.00 |
| | For professional services rendered | 31.40 | $4,272.00 |
| | Previous balance | | $6,337.30 |
| | Balance due | | $10,609.30 |