## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CAROLE M. KARAM, and DAVID P. KARAM, as Co-Personal Representatives of the Estate of ABRAHAM KARAM, JR., Deceased; CAROLE M. KARAM and DAVID P. KARAM, as Co-Trustees of ABRAHAM KARAM, JR. TRUST AGREEMENT dated APRIL 9, 1987, as amended; and CAROLE M. KARAM, DAVID P. KARAM, STEVEN D. KARAM, GREGORY A. KARAM, JULIE R. WEAVER, REBECCA L. MALLOY, MARK C. KARAM, and RANDALL P. KARAM, Individually,

Plaintiffs,

vs.

SAGEMARK CONSULTING, INC. (f/k/a CIGNA FINANCIAL ADVISORS, INC.), a Connecticut corporation,

Defendant.

Civil Action No. 00-74743-DT
Hon. Bernard A. Friedman



FILED
MAY 18 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

---

| HAMOOD & FERGESTROM | DYKEMA GOSSETT PLLC |
|---|---|
| Jamal John Hamood (P40442) | Ted T. Amsden (P25233) |
| Michael J. Fergestrom (P48864) | Thomas S. Bishoff (P53753) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 4241 Maple, Ste. 100 | 400 Renaissance Center |
| Dearborn, Michigan 48126 | Detroit, MI 48243-1668 |
| (313) 581-5700 | (313) 568-6558 |

---

### AMENDED JUDGMENT ON JURY VERDICT

At a session of said Court, held in the Federal Courthouse, in the City of Detroit, State of Michigan on:
BERNARD A. FRIEDMAN
CHIEF JUDGE

---

PRESENT: HONORABLE BERNARD A. FRIEDMAN
United States Judge

This action came on for trial before the Court and a jury, Honorable Bernard A. Friedman, presiding, and the issues having been duly tried and the jury having duly rendered its verdict, and the Court having determined an award of attorney fees,

IT IS ORDERED AND ADJUDGED that the Plaintiffs recover from Defendant Sagemark Consulting, Inc., the sum of $4,008,496.20, which is comprised of the following:

| Verdict | $3,047,708.90 |
| --- | --- |
| Interest on verdict through May 18, 2005 | $ 785,142.68 |
| Subtotal for verdict: | $3,832,851.58 |
| Attorney fees award | $139,664.60 |
| Interest on attorney fees through May 18, 2005 | $ 35,980.02 |
| Subtotal for attorney fees | $ 175,644.62 |

Dated: May 18, 2005

HON. BERNARD A. FRIEDMAN
UNITED STATES DISTRICT COURT JUDGE